UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rivaldo Alves Ribeiro, | ) )  ) |
| Petitioner, | ) ) Civil Action No. 25-CV-14008-AK |
| v. | ) ) |
| David Wesling et al, | ) ) |
| Respondent (s). | ) ) |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 12] entered on 2/11/2026, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/19/2026                                                                                                      By the Court,

/s/ Courtney Horvath
Deputy Clerk